THE HONORABLE PAUL B. SNYDER
CHAPTER 7
LOCATION: Tacoma

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| In re: | Bankruptcy Case No. 08-45604 PBS |
| BUCKO ENTERPRISES, INC., | |
| Debtor. | Adv. No. 10-04247 PBS |
| KATHRYN A. ELLIS, in her capacity as Duly Appointed Chapter 7 Trustee, | ANSWER |
| Plaintiff, | |
| vs. | |
| HAMILTON CORNER I, LLC, a Washington limited liability company, | |
| Defendant. | |

COMES NOW, the Defendant, HAMILTON CORNER I, LLC, (hereafter referred to as "Hamilton") by and through its attorney, David A. Yando of Brown, Yando & Kampbell, PLLC, and in response to Plaintiff's Complaint for Avoidance and Recovery of Preferential Transfers, alleges as follows:

ANSWER - 1

Law Offices of
**BROWN, YANDO & KAMPBELL, PLLC**
4041 Ruston Way, Suite 200
Tacoma, Washington 98402
(253) 564-2088
Fax: (253) 597-7378

Case 10-04247-PBS    Doc 5    Filed 09/15/10    Ent. 09/15/10 13:52:27    Pg. 1 of 3

I.

In response to paragraphs 1, 2, 3, 4, 5, 6, and 7 of the Complaint, defendant Hamilton admits the same.

II.

In response to paragraphs 8, 9, 10, 11, 12, 13, 14, 15, and 16 of the Complaint, defendant Hamilton denies the same.

HAVING FULLY ANSWERED, Defendant Hamilton prays for relief as follows:

1. For dismissal of Plaintiff's Complaint with prejudice.

2. For recovery of interest, costs, and attorney fees and expenses, to the extent recoverable under applicable law and the evidence submitted to the Court.

3. For such other and further relief as the Court deems just and proper.

DATED this 15th day of September, 2010.

> BROWN, YANDO & KAMPBELL, PLLC
>
> By:/s/David A. Yando
> David A. Yando, WSBA 12493
> Attorney for Hamilton Corner I, LLC

ANSWER - 2

Law Offices of
**BROWN, YANDO & KAMPBELL, PLLC**
4041 Ruston Way, Suite 200
Tacoma, Washington 98402
(253) 564-2088
Fax: (253) 597-7378

## DECLARATION OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that I served a true and correct copy of the foregoing document via Electronic Message through Electronic Case Filing on the 15th day of September, 2010, to the party listed below.

>Kathryn A. Ellis, Trustee
>600 Stewart St., Ste. 620
>Seattle, WA  98101

>/s/ Michelle R. Holeman
>Michelle R. Holeman

ANSWER - 3

Law Offices of
**BROWN, YANDO & KAMPBELL, PLLC**
4041 Ruston Way, Suite 200
Tacoma, Washington  98402
(253) 564-2088
Fax: (253) 597-7378