The Honorable Paul B. Snyder
Hearing date: December 9, 2010
Hearing time: 9:00 a.m.
Response date: December 2, 2010
Chapter 7
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>BUCKO ENTERPRISES INC.,<br><br>                    Debtor.<br><br>KATHRYN A. ELLIS, In Her Capacity As Duly Appointed Chapter 7 Trustee,<br><br>                    Plaintiff,<br><br>vs.<br><br>HAMILTON CORNER I LLC, a Washington Limited Liability Company,<br><br>                    Defendant. | No. 08-45604<br><br><br><br>Adv. No. 10-04247<br><br>PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS |

Kathryn A. Ellis, Plaintiff herein, by and through the undersigned attorney, submits the following statement of uncontroverted facts pursuant to LBR 7056-1 in support of her Motion for Summary Judgment.

**STATEMENT OF UNCONTROVERTED FACTS**

1. Bucko Enterprises Inc. filed the present Chapter 7 Bankruptcy Petition on October 29, 2008.

2. Bucko Enterprises Inc. operated three restaurants under three different names: Beck's Little Italy, Beck's Rib Eye and Rib Eye Restaurant.

**PLAINTIFF'S STATEMENT OF
UNCONTROVERTED FACTS - 1**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

Case 10-04247-PBS    Doc 13    Filed 11/02/10    Ent. 11/02/10 16:53:46    Pg. 1 of 3

3. The restaurant located at 1364 Rush Rd, Chehalis, WA was known as "Beck's Rib Eye".

4. Bucko Enterprises Inc. held a lease for the premises with Hamilton Corner I LLC, through Mike Hamilton, member.

5. Hamilton Corner I LLC sued Bucko Enterprises Inc. for breach of the lease (Lewis County Superior Court No. 08-2-00284-3).

6. Subsequently the parties reached an agreement providing that in exchange for dismissal of the lawsuit and to forego further prosecution, Bucko Enterprises Inc. would execute all documents necessary to sell, transfer and assign to Hamilton Corner I LLC all right, title and interest in the trade name "Rib Eye", any signage at the premises, the mobile home at the leased premises and any and all other equipment, supplies, tools and other materials existing at the leased premises owned by the debtor.

7. The stipulation and order provided:

**In consideration of Plaintiff's agreement to dismiss the pending lawsuit** and to forego further prosecution on the terms herein stated, Defendants hall execute such documents as reasonably necessary to sell, transfer and assign to plaintiff all right, title and interest in the trade name "Rib Eye", any signage at the leased premises, the mobile home at the leased premises that is in the name of Defendant Bucko Enterprises, Inc., and any and all other equipment, supplies, tools or other materials now existing at the leased premises that are owned by Defendants. Defendants shall execute such documents not later than fifteen (15) days from the date of entry into this Stipulation.
\*\*\*
In the event Plaintiff files a new action against any of the Defendants to recover sums owing under the lease, said **Defendants shall be allowed to a set off of $35,000 representing the reasonable estimated value of the assets to be transferred** to Plaintiff as stated in paragraph 4 above. (Emphasis supplied)

8. A Mobile Home Real Estate Excise Tax Affidavit was executed by the debtor to Hamilton Corner I LLC, transferring the mobile home at the premises located at 1336 Rush Rd,

**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS - 2**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

Case 10-04247-PBS    Doc 13    Filed 11/02/10    Ent. 11/02/10 16:53:46    Pg. 2 of 3

Chehalis, WA which had a tax assessed value of $31,721.00 to the Defendant.

9. Hamilton Corner I LLC accepted the transfer, and signed the Mobile Home Real Estate Excise Tax Affidavit as "grantee".

10. Hamilton Corner I LLC removed and disposed of the mobile home and/or "dumpsterized" other property transferred to it.

11. The property transferred by the Bucko Enterprises Inc. to the Hamilton Corner I LLC had an agreed value of $35,000.

DATED this 2nd day of November, 2010.

    /s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Plaintiff

C:\Shared\KAE\Dox\TRUSTEE\BuckoEnterprises\cmp\SJ_facts.wpd

**PLAINTIFF'S STATEMENT OF**
**UNCONTROVERTED FACTS - 3**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002