The Honorable Paul B. Snyder
Hearing date: December 9, 2010
Hearing time: 9:00 a.m.
Response date: December 2, 2010
Chapter 7
Location: Tacoma

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| In re: | Bankruptcy Case No. 08-45604 PBS |
| BUCKO ENTERPRISES, INC., | |
| Debtor. | Adv. No. 10-04247 PBS |
| KATHRYN A. ELLIS, in her capacity as Duly Appointed Chapter 7 Trustee, | DECLARATION OF TONY PARKER |
| Plaintiff, | |
| vs. | |
| HAMILTON CORNER I, LLC, a Washington limited liability company, | |
| Defendant. | |

The undersigned states and declares as follows:

1. I am over the age of eighteen and competent to testify herein.

2. I have been in the restaurant business as owner and manager for over twenty (20) years. I have purchased and operated numerous restaurants in the State of Washington and I am familiar with the values of new and used restaurant equipment.

DEC OF TONY PARKER - 1

3. In April, 2008, I was interested in leasing property from Hamilton Corner I, LLC. The property was located at 1336 Rush Road in Chehalis, Washington. Hamilton Corner I, LLC had recently repossessed the property from Bucko Enterprises, d/b/a The Rib Eye Restaurant.

4. I visited the premises and viewed the tables, furniture and equipment that had been left behind by the previous tenant. All of the personal property was of no value to me as it was in terrible shape. If I had leased the property, all of the furniture would have had to been replaced, as I believe it was not usable in its present condition.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at  Longview , Washington, this  30th  day of  November , 2010.

           /s/ Tony Parker  
           TONY PARKER

DEC OF TONY PARKER - 2

Law Offices of  
**BROWN, YANDO & KAMPBELL, PLLC**  
4041 Ruston Way, Suite 200  
Tacoma, Washington 98402  
(253) 564-2088  
Fax: (253) 597-7378

Case 10-04247-PBS   Doc 17   Filed 12/02/10   Ent. 12/02/10 11:18:21   Pg. 2 of 2