The Honorable Paul B. Snyder
Hearing date:  December 9, 2010
Hearing time:  9:00 a.m.
Response date:  December 2, 2010
Chapter 7
Location:  Tacoma

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

In re:

BUCKO ENTERPRISES, INC.,

          Debtor.

_____

KATHRYN A. ELLIS, in her capacity as
Duly Appointed Chapter 7 Trustee,

          Plaintiff,

vs.

HAMILTON CORNER I, LLC, a
Washington limited liability company,

          Defendant.

Bankruptcy Case No. 08-45604 PBS

Adv. No. 10-04247 PBS

DECLARATION OF DAVID LANTAU

The undersigned states and declares as follows:

    1.      I am over the age of eighteen and competent to testify herein.

    2.      I am a representative of Skyline Pump & Machine Co. Inc., located in
Chehalis, Washington.

DEC OF DAVID LANTAU - 1

Law Offices of
**BROWN, YANDO &
KAMPBELL, PLLC**
4041 Ruston Way, Suite 200
Tacoma, Washington  98402
(253) 564-2088
Fax: (253) 597-7378

3.      On March 8, 2008, at the request of Mike Hamilton of Hamilton Corner I, LLC, my service technician cut the padlocks for the back door of the Rib Eye Restaurant, located at 1336 Rush Road in Chehalis, Washington.

4.      This allowed Hamilton Corner I, LLC to regain possession of the premises and also enabled us to access the electrical panel board, as the circuit breaker feeding the sewage lift station had been turned to the off position.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Centralia, Washington, this _30th_ day of _November_, 2010.


_____/s/ David Lantau_____
DAVID LANTAU

DEC OF DAVID LANTAU - 2

Law Offices of
**BROWN, YANDO &
KAMPBELL, PLLC**
4041 Ruston Way, Suite 200
Tacoma, Washington 98402
(253) 564-2088
Fax: (253) 597-7378